IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| BEVILLE H. REAGAN, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ARCELORMITTAL; ARCELORMITTAL USA, INC.; UNITED STATES STEEL CORPORATION; NUCOR CORPORATION; GERDAU AMERISTEEL US INC.; STEEL DYNAMICS, INC.; AK STEEL HOLDING CORPORATION; SSAB SWEDISH STEEL CORPORATION; COMMERCIAL METALS COMPANY, <br><br> Defendants. | Civil Action No. _____ |

## DEFENDANTS' MOTION TO TRANSFER VENUE

Defendants ArcelorMittal USA LLC (formerly ArcelorMittal USA Inc.), United States Steel Corporation, Nucor Corporation, Gerdau Ameristeel Corporation, Steel Dynamics, Inc., AK Steel Holding Corporation, SSAB Swedish Steel Corporation, and Commercial Metals Company (collectively, "Defendants"), by their undersigned attorneys, respectfully move this Court pursuant to 28 U.S.C. § 1404(a) for entry of an order transferring venue of this action to the United States District Court for the Northern District of Illinois. The grounds for this motion are set forth fully in the accompanying Memorandum of Law in Support and are incorporated herein by reference.

WHEREFORE, Defendants respectfully request that this Court enter an order granting this motion and transferring this matter to the Northern District of Illinois.

Dated: February 7, 2011

Respectfully submitted,

*signature*

R. Dale Grimes (BPR #6223)
BASS, BERRY & SIMS PLC
Pinnacle Building
150 Third Ave. South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6270
Fax: (615) 742-2744
dgrimes@bassberry.com

Shayne R. Clinton (BPR #26245)
BASS, BERRY & SIMS PLC
1700 Riverview Tower
900 S. Gay Street
Knoxville, TN 37201
Telephone: (865) 521-6200
Fax: (888) 526-6489
sclinton@bassberry.com

*Attorneys for ArcelorMittal USA LLC (formerly ArcelorMittal USA Inc.), Nucor Corporation, Gerdau Ameristeel Corporation, Steel Dynamics, Inc., AK Steel Holding Corporation, SSAB Swedish Steel Corporation, and Commercial Metals Company*

*signature: Dwight E. Tarwater (by SRC with permission)*

Dwight E. Tarwater (BPR #007244)
Daniel C. Headrick (BPR #026362)
PAINE, TARWATER, & BICKERS, LLP
900 South Gay Street, Suite 2200
Knoxville, TN 37902
Telephone: (865) 525-0880
Fax: (865) 521-7441
det@painetar.com
dch@painetar.com

*Attorney for United States Steel Corporation*

OF COUNSEL: (*Pro Hac Vice* motions pending or forthcoming)

David P. Gersch
Robert J. Katerberg
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
202.942.5000 – Telephone
202.942.5999 – Facsimile
david.gersch@aporter.com
robert.katerberg@aporter.com
*Attorneys for Nucor Corporation*

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
202.974.1500 – Telephone
202.974.1999 – Facsimile
dgelfand@cgsh.com
*Attorneys for ArcelorMittal USA LLC (formerly ArcelorMittal USA Inc.)*

Nathan P. Eimer
EIMER STAHL KLEVORN & SOLBERG LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
312.660.7600 – Telephone
312.692.1718 – Facsimile
neimer@eimerstahl.com
*Attorneys for Gerdau Ameristeel US Inc.*

Joel G. Chefitz
Amanda J. Metts
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL 60606
312.372.2000 – Telephone
312.984.7700 – Facsimile
jchefitz@mwe.com
ametts@mwe.com
*Attorneys for Steel Dynamics, Inc.*

Gregory A. Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
212.504.6000 – Telephone
212.504.6666 – Facsimile
greg.markel@cwt.com

Joseph J. Bial
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
202.862.2200 – Telephone
202.862.2400 – Facsimile
joseph.bial@cwt.com
*Attorneys for AK Steel Holding Corporation*

John W. Treece
Scott D. Stein
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
312.853.7000 – Telephone
312.853.7036 – Facsimile
jtreece@sidley.com
sstein@sidley.com
*Attorneys for SSAB Swedish Steel Corporation*

Joseph A. Tate
Stephen D. Brown
Christine C. Levine
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215.994.2350 – Telephone
215.655.2350 – Facsimile
joseph.tate@dechert.com
stephen.brown@dechert.com
christine.levin@dechert.com
***Attorneys for Commercial Metals Company***


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2011, a copy of the foregoing document was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following persons will also be served this day via regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| W. Gordon Ball<br>BALL & SCOTT<br>Bank of America Bldg.<br>550 W. Main Ave., Ste. 601<br>Knoxville, TN 37902<br>***Attorney for Plaintiff*** | David P. Gersch<br>Robert J. Katerberg<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>202.942.5000 – Telephone<br>202.942.5999 – Facsimile<br>david.gersch@aporter.com<br>robert.katerberg@aporter.com<br>***Attorneys for Nucor Corporation*** |
| Dwight E. Tarwater<br>Daniel C. Headrick<br>PAINE, TARWATER, & BICKERS, LLP<br>900 South Gay Street, Suite 2200<br>Knoxville, TN 37902<br>***Attorney for United States Steel Corporation*** | |

David I. Gelfand
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
202.974.1500 – Telephone
202.974.1999 – Facsimile
mleddy@cgsh.com
dgelfand@cgsh.com
*Attorneys for ArcelorMittal USA LLC
(formerly ArcelorMittal USA Inc.)*

Nathan P. Eimer
EIMER STAHL KLEVORN & SOLBERG
LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
312.660.7600 – Telephone
312.692.1718 – Facsimile
neimer@eimerstahl.com
*Attorneys for Gerdau Ameristeel US Inc.*

Joel G. Chefitz
Amanda J. Metts
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL 60606
312.372.2000 – Telephone
312.984.7700 – Facsimile
jchefitz@mwe.com
ametts@mwe.com
*Attorneys for Steel Dynamics, Inc.*

Gregory A. Markel
CADWALADER, WICKERSHAM & TAFT
LLP
One World Financial Center
New York, NY 10281
212.504.6000 – Telephone

212.504.6666 – Facsimile
greg.markel@cwt.com

Joseph J. Bial
CADWALADER, WICKERSHAM &
TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
202.862.2200 – Telephone
202.862.2400 – Facsimile
joseph.bial@cwt.com
*Attorneys for AK Steel Holding
Corporation*

John W. Treece
Scott D. Stein
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
312.853.7000 – Telephone
312.853.7036 – Facsimile
jtreece@sidley.com
sstein@sidley.com
*Attorneys for SSAB Swedish Steel
Corporation*

Joseph A. Tate
Stephen D. Brown
Christine C. Levine
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215.994.2350 – Telephone
215.655.2350 – Facsimile
joseph.tate@dechert.com
stephen.brown@dechert.com
*Attorneys for Commercial Metals Company*

_____
Shayne R. Clinton

9171703.1