UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| BEVILLE H. REAGAN, ET AL | ) | |
| | ) | |
| V. | ) | NO. 2:11-CV-35 |
| | ) | |
| ARCELORMITTAL, ET AL | ) | |

ORDER

David I. Gelfand, Esq., has filed a Motion [Doc. 12] for admission pro hac vice in this action. The Motion is GRANTED.

SO ORDERED:

                                              s/ Dennis H. Inman
                                          United States Magistrate Judge