# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE DIVISION

| | | |
|---|---|---|
| BEVILLE H. REAGAN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:11-cv-00035 |
| ARCELORMITTAL; ARCELORMITTAL USA, INC.; UNITED STATES STEEL CORPORATION; NUCOR CORPORATION; GERDAU AMERISTEEL US INC.; STEEL DYNAMICS, INC.; AK STEEL HOLDING CORPORATION; SSAB SWEDISH STEEL CORPORATION; COMMERCIAL METALS COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT UNTIL AFTER RESOLUTION OF VENUE AND REMAND ISSUES, OR, IN THE ALTERNATIVE, FOR 30 DAYS

Defendants ArcelorMittal USA LLC (formerly ArcelorMittal USA Inc.), United States Steel Corporation, Nucor Corporation, Gerdau Ameristeel US Inc., Steel Dynamics, Inc., AK Steel Holding Corporation, SSAB Swedish Steel Corporation, and Commercial Metals Company (collectively, "Defendants"), by their undersigned attorneys, respectfully move for an extension of time to file their answers or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendants state as follows.

1. Plaintiff originally filed this action in the Circuit Court for Cocke County, Tennessee on December 28, 2010. Plaintiff served ArcelorMittal USA LLC and Nucor Corporation on January 6, 2011; United States Steel Corporation, Gerdau Ameristeel US Inc.,

Steel Dynamics, Inc., AK Steel Holding Corporation, and Commercial Metals Company on January 7, 2011; and SSAB Swedish Steel Corporation on January 11, 2011.

2.     On February 7, 2011, Defendants timely removed this action to this Court under the Class Action Fairness Act, 28 U.S.C. § 1332(d) (dkt. no. 1). Defendants also moved to transfer this action to the Northern District of Illinois, where there is pending a series of putative class actions making substantially identical allegations and including a proposed class that subsumes the class alleged in this case (dkt. no. 8).

3.     Pursuant to Federal Rule of Civil Procedure 81(c)(2), without any extension Defendants' answers would be due seven days after the notice of removal was filed, i.e., due on February 14, 2011.

4.     Defendants need additional time to prepare adequate answers or other responses to Plaintiff's Complaint.

5.     Moreover, it would be most efficient to extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint until after threshold issues concerning which Court will adjudicate this action are determined. As noted, Defendants have filed a motion to transfer venue. Also, Plaintiff's counsel has advised Defendants' counsel that he intends to file a motion to remand to state court. If this action will proceed in the Northern District of Illinois, it would make sense for answers to be filed in and any Rule 12 motions to be handled by that Court, which already has familiarity with the underlying allegations. Conversely, if this action will proceed in the Circuit Court for Cocke County, it makes sense for answers and any preliminary motions to be filed in that Court in the first instance.

6.     This approach has been taken in similar situations in several other cases in this District. *See* Order dated Oct. 19, 2005 in *Temple v. Circuit City Stores, Inc.*, No. 2:05-CV-165

(Magistrate Judge Inman) (extending time to respond to complaint until 21 days after ruling on motion to transfer venue) (attached as Ex. A); Order dated January 5, 2010 in *Jabo's Pharmacy, Inc. v. Cephalon, Inc.*, No. 2:09-CV-289 (Judge Jordan) (extending time to respond to complaint until 30 days after ruling on motions to transfer venue and remand) (attached as Ex. B).

7.      Defendants' counsel contacted Plaintiff's counsel to discuss this motion to request an extension, and counsel for Plaintiff stated that Plaintiff intends to file no documents in this matter, including a response to this motion for extension of time, other than a motion to remand because Plaintiff believes this Court has no jurisdiction to hear anything in this matter.

WHEREFORE, Defendants respectfully request that this Court enter an order extending their time to answer or otherwise respond to Plaintiff's Complaint until 30 days after Defendants' motion to transfer and any motion by Plaintiff for remand are decided, or, in the alternative, for an immediate extension of time until March 16, 2011.

Dated:  February 10, 2011

Respectfully submitted,

/s/ Shayne R. Clinton
R. Dale Grimes (BPR #6223)
BASS, BERRY & SIMS PLC
150 Third Ave. South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-6270
Fax:  (615) 742-2744
dgrimes@bassberry.com

Shayne R. Clinton (BPR #26245)
BASS, BERRY & SIMS PLC
1700 Riverview Tower
900 S. Gay Street
Knoxville, TN 37201
Telephone:  (865) 521-6200
Fax:  (888) 526-6489
sclinton@bassberry.com

***Attorneys for ArcelorMittal USA LLC (formerly ArcelorMittal USA Inc.), Nucor***

*Corporation, Gerdau Ameristeel US Inc.,
Steel Dynamics, Inc., AK Steel Holding
Corporation, SSAB Swedish Steel
Corporation, and Commercial Metals
Company*

/s/ Dwight E. Tarwater (by SRC with
permission)
Dwight E. Tarwater (BPR #007244)
Daniel C. Headrick (BPR #026362)
PAINE, TARWATER, & BICKERS, LLP
900 South Gay Street, Suite 2200
Knoxville, TN 37902
Telephone:  (865) 525-0880
Fax:  (865) 521-7441
det@painetar.com
dch@painetar.com

*Attorney for United States Steel
Corporation*

/s/ David I. Gelfand (by SRC with
permission)
David I. Gelfand (admitted pro hac vice)
CLEARY GOTTLIEB STEEN
  & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 974-1500
Fax:  (202) 974-1999
dgelfand@cgsh.com

*Attorney for ArcelorMittal USA LLC
(formerly ArcelorMittal USA Inc.)*

Of Counsel:  (pro hac vice motions pending or forthcoming)

David P. Gersch
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC  20004
202.942.5000 – Telephone
202.942.5999 – Facsimile
david.gersch@aporter.com

*Attorneys for Nucor Corporation*

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
312.660.7600 – Telephone
312.692.1718 – Facsimile
neimer@eimerstahl.com

*Attorneys for Gerdau Ameristeel Corporation*

Joel G. Chefitz
Amanda J. Metts
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL  60606
312.372.2000 – Telephone
312.984.7700 – Facsimile
jchefitz@mwe.com
ametts@mwe.com

*Attorneys for Steel Dynamics, Inc.*

Gregory A. Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
212.504.6000 – Telephone
212.504.6666 – Facsimile
greg.markel@cwt.com

Joseph J. Bial
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
202.862.2200 – Telephone
202.862.2400 – Facsimile
joseph.bial@cwt.com

*Attorneys for AK Steel Holding Corporation*

John W. Treece
Scott D. Stein
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
312.853.7000 – Telephone
312.853.7036 – Facsimile
jtreece@sidley.com
sstein@sidley.com

*Attorneys for SSAB Swedish Steel Corporation*

Joseph A. Tate
Stephen D. Brown
Christine C. Levin
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
215.994.2350 – Telephone
215.655.2350 – Facsimile
joseph.tate@dechert.com
stephen.brown@dechert.com
christine.levin@dechert.com

*Attorneys for Commercial Metals Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2011, a copy of the foregoing document was filed with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

/s/ Shayne R. Clinton
Shayne R. Clinton