UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| BEVILLE H. REAGAN, ET AL | ) | |
| | ) | |
| V. | ) | NO. 2:11-CV-35 |
| | ) | |
| ARCELORMITTAL, ET AL | ) | |

## ORDER

Defendant Gerdau Ameristeel US Inc., has filed a Motion [Doc. 58] for admission of Daniel D. Birk, Esq., *pro hac vice* in this action. The Motion is GRANTED.

SO ORDERED:

           s/ Dennis H. Inman
           United States Magistrate Judge